UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

               Petitioner,

  v.

KING COUNTY SUPERIOR COURT,

               Respondent.

Case No. 2:14-CV-00289-RSL-BAT

**ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE MATTER AND TO STRIKE ANY PENDING MOTIONS**

    The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

    1. The Court **ADOPTS** the Report and Recommendation;

    2. The Clerk shall administratively **CLOSE** this matter and **STRIKE** any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

    3. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 14th day of March, 2014.

                               /s/ Robert S. Lasnik
                               Robert S. Lasnik
                               United States District Judge